AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

| | | |
|---|---|---|
| United States of America<br>v.<br><br>PEDRO DAVID JAIMES-DIAZ<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 8:25MJ182 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 5, 2024 in the county of Sarpy in the District of Nebraska, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 42 U.S.C. § 408(a)(7)(B) | False Representation of a Social Security Number |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

[signature]

*Complainant's signature*

Justin T. Temperly, SA, HSI

*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 3/21/2025

[signature]

*Judge's signature*

City and state: Omaha, Nebraska

MICHAEL D. NELSON, U.S. Magistrate Judge

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO DAVID JAIMES-DIAZ,<br><br>Defendant. | 8:25MJ182 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT FOR THE ARREST OF PEDRO DAVID JAIMES-DIAZ**

Your Affiant, Justin Temperly, being duly sworn, does depose and state:

**INTRODUCTION AND AGENT BACKGROUND**

1. I, Justin Temperly, am a Special Agent (SA) with the United States Department of Homeland Security Immigration and Customs Enforcement Homeland Security Investigations (hereinafter "HSI"). I have been employed with this agency since January 2024. HSI agents are authorized to investigate violations found in Title 8, 18, 19 (Customs), and Title 42 of the United States Code.

2. I am aware of the information set forth below through personal investigation, as well as discussions with other HSI investigators and SYS-KOOL LLC personnel.

**PROBABLE CAUSE**

3. On February 10, 2025, HSI Omaha Auditor Terri Schweiger received all Employment Eligibility Verification forms, also known as Forms I-9, along with supporting documents, on all current employees working at SYS-KOOL LLC in the state of Nebraska. Immigration and Nationality Act section 274A(b) refers to the Employment

Verification System and requires an employer to verify that an individual seeking employment is not an unauthorized alien by examining certain identification documents provided by the individual seeking employment. The documents provided by the individual seeking employment are recorded on the Form I-9.

4. Auditor Schweiger received and reviewed the Forms I-9 from SYS-KOOL LLC. Several of the Forms I-9 were discovered to be suspect. This determination was made due to Social Security Numbers returning associated to another individual, an individual who resided in another state, or not belonging to anyone.

5. One such Form I-9 was completed in the name of an individual using the name Pedro D. Jaimes and was signed and dated on May 5, 2024. On the Form I-9, Jaimes-Diaz attested that he was a citizen of the United States by checking the appropriate box on the form. Jaimes-Diaz presented to SYS-KOOL LLC a Social Security card bearing the name Pedro David Jaimes-Diaz and the Social Security number xxx-xx-7762 and a State of Maryland Department of Motor Vehicles Identification Card in his name and bearing "Customer identifier" number x-xxx-xxx-xxx-248.

6. On February 19, 2025, your Affiant completed and served an Administrative Subpoena to SYS-KOOL LLC requesting additional documents, including all employee photographs. Your Affiant received those documents back on February 24, 2025.

7. On February 26, 2025, your Affiant sent the employee photo of Jaimes-Diaz to HSI Criminal Analyst Jamin Whitehead, requesting assistance with facial recognition. On February 27, 2025, your Affiant received a record back showing a match with an immigration encounter on May 8, 2022. The encounter was later verified by U.S.

Citizenship and Immigration Services Immigration Officer James Nord. Jaimes-Diaz was encountered by U.S. Customs and Border Protection (CBP) while exiting the United States, traveling to Mexico. At the time, Jaimes-Diaz claimed Colombian citizenship.

8. On February 28, 2025, your Affiant conducted a records check via NLETS of the Maryland Identification Card number from the identification Jaimes-Diaz presented to obtain employment at SYS-KOOL. The record check returned showing, "Driver not found."

9. On February 28, 2025, your Affiant verified with the Social Security Administration Office of Inspector General that the Social Security number xxx-xx-7762 did not belong to Jaimes-Diaz.

10. On Friday, March 21, 2025, your Affiant and other Special Agents and Immigration Officers encountered Jaimes-Diaz in the District of Nebraska for administrative immigration offenses. Jaimes-Diaz was transported to Enforcement and Removal Operations office, 1717 Ave H, Omaha, NE, for processing. During processing, Jaimes-Diaz's fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared the fingerprint impressions to fingerprint impressions maintained in the database relating to persons previously arrested by the Department of Homeland Security (DHS) or other law enforcement agencies.

11. The fingerprint analysis revealed no matches. Jaimes-Diaz claimed he was never encountered by U.S. Immigration and never fingerprinted. Your Affiant located a Republic of Colombia passport that Jaimes-Diaz had in his possession at the time of arrest. Your Affiant observed the photo in the passport matched the individual. Your

Affiant also observed the name Pedro JAIMES-DIAZ, with date of birth July 2, 2001. Your Affiant later Pedro David Jaimes-Diaz if that was his true name. He stated it was. Deportation Officer Tony Gayden later confirmed this in Spanish with JAIMES-DIAZ. Deportation Officer Tony Gayden assigned a unique alien registration file (A240103032) to Pedro David Jaimes-Diaz.

12. A search of DHS indices failed to produce any current record showing an application had been made for the defendant to lawfully enter or be lawfully admitted into the United States.

13. It has been your Affiant's prior investigative experience that undocumented alien employees at similar businesses procure false identification documents and falsely claim U.S. citizenship in order to obtain employment in the United States.

14. Based on these facts, your Affiant has reason to believe Pedro David Jaimes-Diaz presented fraudulent identification documents to satisfy the requirements of Form I-9 to obtain employment in violation of Title 18, United States Code, Section 1546(a) (fraud and misuse of visas, permits, and other documents). Further, your Affiant has reason to believe Pedro David JAIMES-DIAZ falsely represented a Social Security number to be his, in violation of Title 42, United States Code, Section 408(a)(7)(B). Additionally, your Affiant has reason to believe Pedro David JAIMES-DIAZ falsely represented himself to be a U.S. Citizen, in violation of Title 18, United States Code, Section 911.

Your Affiant declares under the penalty of perjury that the foregoing facts and circumstances are true and correct to the best of my knowledge and belief.

Justin Temperly
Special Agent
Homeland Security Investigations

SUBSCRIBED and SWORN to before me by telephone or other reliable electronic means this 21st day March, 2025.

MICHAEL D. NELSON
United States Magistrate Judge
District of Nebraska